**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| CAROL GAYLOR,<br>an individual, | ) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) | CASE NO.: 2:24-cv-00290-SCJ |
| Plaintiff, | | |
| vs. | | |
| CALHOUN PROPERTIES, LLC<br>(SOUTH CAROLINA),<br>a South Carolina Limited<br>Liability Company, | | |
| Defendant. | | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff and Defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice, each party to bear its respective fees and costs.

Date: January 24, 2025

Respectfully submitted,                          Respectfully submitted,

1

**/s/ John A. Moore**                    **/s/ Bradley T. Adler**
John A. Moore, Esq.                      Bradley T. Adler, Esq.
Georgia Bar No: 519792                   Georgia Bar No. 005525
The Moore Law Group, LLC                 Freeman Mathis & Gary, LLP
1745 Martin Luther King, Jr. Drive       100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30314                   Atlanta, GA 30339 5948
Tel: (678) 288-5601                      Tel: (770) 818-1413
Fax: (888) 553-0071                      Fax: (404) 293 5523
jmoore@moorelawllc.com                   BADLER@fmglaw.com
                                         *Attorney for Defendant*

*Attorney for Plaintiff*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

/s/ John A. Moore
John A. Moore, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 24th, 2025, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send notice of electronic filing to all registered participants to the following:

Bradley T. Adler, Esq.
Freeman Mathis & Gary, LLP
100 Galleria Pkwy, Suite 1600
Atlanta, GA 30339
badler@fmglaw.com

/s/ John A. Moore
John A. Moore
Georgia Bar No. 519792
Counsel for Plaintiff
The Moore Law Group, LLC
1745 Martin Luther King Jr., Drive
Atlanta, Georgia 30314
Fax: (888) 553-0071
Tel: (678) 288-5601
jmoore@moorelawllc.com